# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

RAYMOND CLARK,

v.

CORRECTIONS CORPORATION  
OF AMERICA, ET AL.,

CASE NUMBER:   1:04-1280-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 8/2/2005, this case is hereby DISMISSED in its entirety, pursuant to 28 U.S.C. § 1915 A(b)(1), for failure to state a claim on which relief may be granted. It is also CERTIFIED that any Appeal by plaintiff is not taken in good faith. The plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and § 1915(a)-(b).  For analysis under 28 U.S.C. § 1915(g) of future filings, this is the SECOND dismissal of one of Plaintiff's cases as frivolous or for failure to state a claim.

APPROVED:

_James D. Todd_  
JAMES D. TODD  
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD  
CLERK

8/4/05          BY: _C. Hurd_  
DATE                   DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8/5/05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:04-CV-01280 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Raymond Clark
HCCF-Whiteville
227052
P.O. Box 549
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT